UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMOS JACKSON,

    Plaintiff

v.

ELKO COUNTY SHERIFF, et al.,

    Defendants

Case No.: 3:24-cv-00059-CSD

**Order**

Plaintiff has filed a civil rights complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by an IFP application or the filing fee (for actions filed after December 1, 2023, the filing fee is $405, consisting of the $350 filing fee and $55 administrative fee).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $405 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, his action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: February 9, 2024

_____
Craig S. Denney
United States Magistrate Judge